# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | IRAJ MOHMADI | | |
| **Case Number:** | 19-02067-MM13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 13, 2019 02:00 PM   DEPARTMENT 1 | | |
| **Bankruptcy Judge:** | MARGARET M. MANN | | |
| **Courtroom Clerk:** | LISA CRUZ | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # JCW-1 FILED BY U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

### Appearances:

APPEARANCES EXCUSED

### Disposition:

Tentative Ruling as issued is the Order of the Court.  Appearances waived.